UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOYDD D.J. IRVING, | No. 2:15-cv-2037 AC P |
| Petitioner, | |
| v. | ORDER |
| DAVE DAVEY, | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed an in forma pauperis affidavit. ECF No. 2. However, the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized prison official. See Rules Governing Section 2254 Cases, Rule 3(a)(2). Petitioner will be provided with another opportunity to submit a fully completed application to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis (ECF No. 2) is denied without prejudice.

2. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis that includes the required certificate portion filled out and signed by an authorized prison official. Petitioner's failure to comply with this

1

1  order will result in a recommendation that this action be dismissed without prejudice; and

2       3.  The Clerk of the Court is directed to send petitioner a new Application to Proceed In

3  Forma Pauperis By a Prisoner.

4  DATED: September 30, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2