1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BOYDD D.J. IRVING,                         No.  2:15-cv-2037 AC P

12                   Petitioner,

13          v.                                    ORDER

14    DAVE DAVEY,

15                   Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  Currently before the court are petitioner's motions for

19   appointment of counsel (ECF No. 15) and for an extension of time to file an amended petition

20   (ECF No. 16).

21          Petitioner has requested the appointment of counsel.  ECF No. 15.  There currently exists

22   no absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105

23   F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of

24   counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R.

25   Governing § 2254 Cases.  Petitioner has not yet stated any grounds for relief and is being given

26   an opportunity to amend the petition to correct this omission.  Moreover, petitioner cites delays in

27   his ability to access his legal property and obtain legal forms as the basis for the request for

28   counsel.  These issues can be adequately addressed by granting petitioner's request for extension

1

1    of time to file an amended petition.  At this early stage, the court does not find that the interests of

2    justice would be served by the appointment of counsel at the present time.

3          Petitioner has also requested a second, unspecified extension of his time to file an

4    amended petition.  ECF No. 16.  Petitioner cites delays in his ability to access his legal property

5    after being transferred to a different prison.  Id.  The court will grant petitioner an additional thirty

6    days to file an amended petition.  Any further requests for extension should identify how much

7    time petitioner is seeking and why the requested amount of time is necessary.

8          Finally, in his motion for extension of time, petitioner verifies that he is seeking to pursue

9    relief for two separate judgments of conviction.  Id. at 1.  The relationship between the two

10   judgments is not clear.  Petitioner is cautioned that separate criminal convictions must in most

11   cases be challenged in separate habeas corpus proceedings.

12         Petitioner is also reminded that he has already pursued a federal habeas petition related to

13   Sacramento Superior Court Case No. 01F04127, see Irving v. People of the State of California,

14   No. 2:05-cv-01621 LKK CMK, and that a second or successive application for habeas relief may

15   not be filed in district court without prior authorization by the court of appeals, Felker v. Turpin,

16   518 U.S. 651, 657 (1996).  "A habeas petition is second or successive only if it raises claims that

17   were or could have been adjudicated on the merits."  McNabb v. Yates, 576 F.3d 1028, 1029 (9th

18   Cir. 2009) (citing Woods v. Carey, 525 F.3d 886, 888 (9th Cir. 2008)).  In other words, if the

19   grounds for relief related to Sacramento Superior Court Case No. 01F04127 were or could have

20   been addressed by petitioner's previous federal habeas petition, he cannot pursue them in this

21   case unless he gets permission from the Ninth Circuit.

22         Accordingly, IT IS HEREBY ORDERED that:

23         1. Petitioner's request for appointment of counsel (ECF No. 15) is denied without

24   prejudice to a renewal of the motion at a later stage of the proceedings.

25   ////

26   ////

27   ////

28   ////

2

1          2.  Petitioner's second request for an extension of time to file an amended petition (ECF

2    No. 16) is granted and petitioner shall have thirty days from service of this order to file an

3    amended petition.

4    DATED: June 22, 2016

5                                                    _____
                                                     ALLISON CLAIRE
6                                                    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    3