UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOYDD D.J. IRVING,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DAVE DAVEY,<br><br>　　　　　Respondent. | No.  2:15-cv-2037 AC P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a).  ECF No. 5.

　　　　By order filed April 13, 2013, the court screened the petition and dismissed it with leave to amend.  ECF No. 10.  Petitioner requested an unspecified extension of time to file his amended petition (ECF No. 16) and was granted an additional thirty days (ECF No. 17).  Thirty days have now passed and although petitioner has filed exhibits (ECF Nos. 18, 19) and a notice of change of address (ECF No. 20), he has not filed an amended petition or requested additional time to file his amended petition.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Petitioner shall file an amended petition within thirty days of service of this order.

1

2. The Clerk of the Court is directed to send petitioner the court's form for application for writ of habeas corpus.

3. Failure to file an amended petition will result in this action being dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: August 9, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE