UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOYDD DEMETRIUS IRVING, | No. 2:15-cv-2037 AC P |
| Petitioner, | |
| v. | ORDER |
| DAVE DAVEY, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se and in forma pauperis, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 which was dismissed without prejudice for lack of jurisdiction. ECF No. 39.

Pursuant to Rule 11 of the Federal Rules Governing Section 2254 Cases, this court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. A certificate of appealability may issue only "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When a petition is dismissed on procedural grounds, as occurred in this case, a certificate of appealability "should issue when the prisoner shows, at least, [1] that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and [2] that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

1

This court finds that no jurist of reason would find it debatable that the petition is barred because it is second or successive and petitioner has not received an order from the Ninth Circuit Court of Appeals authorizing this court to consider the application. Accordingly, a certificate of appealability should not issue. If petitioner seeks to obtain authorization from the Ninth Circuit to file a second or successive petition, he must apply directly to that court for the authorization.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for a certificate of appealability (ECF No. 41) is denied.

DATED: September 1, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE